IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHARRON ASPELIN,

    Plaintiff,                                    CIV. NO. S-09-2771 MCE GGH

    vs.

PACIFIC PROPERTIES-I,

    Defendant.                               ORDER

        Plaintiff's motion to compel presently is calendared for hearing on May 20, 2010. By order of April 27, 2010, the parties were directed to file a joint statement by May 13, 2010. No joint statement has been filed. Therefore, the matter will be vacated from the court's calendar. Plaintiff is referred to E.D. Local Rule 251(a) for procedure to place the matter back on the court's calendar.

        Accordingly, IT IS ORDERED that: plaintiff's motion to compel, filed April 25, 2010, is vacated without prejudice.

DATED: May 17, 2010

                                        /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        U. S. MAGISTRATE JUDGE

GGH:076:Aspelin2771.vac.wpd